UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60324

MICHAEL PEREZ,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## MOTION FOR CLERK'S DEFAULT

Plaintiff MICHAEL PEREZ, by and through undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves the Clerk to enter a Default against Defendant NATIONAL CREDIT ADJUSTERS, LLC ("Defendant"), whereby Defendant's failure to plead or otherwise defend is evidenced by the record, *in that*, the deadline for filing a response/answer to the Complaint was March 07, 2017, and as of March 22, 2017, no filings whatsoever have been submitted by Defendant.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: March 22, 2017

Respectfully Submitted,

 /s/ Jibrael S. Hindi                              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:       855-529-9540

AND

 /s/ Thomas J. Patti                               .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tpatti@thomasjohnlaw.com
THOMAS-JOHN LAW, P.A.
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone:     954-543-1325
Fax:       954-507-9975

*COUNSEL FOR PLAINTIFF*