UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL PEREZ

CASE NUMBER
0:17−cv−60324−WPD

PLAINTIFF(S)

v.

NATIONAL CREDIT ADJUSTERS, LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**National Credit Adjusters, LLC**

as of course, on the date March 22, 2017.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Patrick Edwards*
Deputy Clerk

cc:  Judge William P. Dimitrouleas
     Michael Perez

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)