UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60324-WPD

MICHAEL PEREZ,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ENTRY OF DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff Michael Perez's Motion for Entry of Final Default Judgment against the Defendant NATIONAL CREDIT ADJUSTERS, LLC [DE 10], filed herein on March 29, 2017.  The Court has considered the Motion and is otherwise fully advised in the premises.

Plaintiff commenced this action on February 11, 2017. [DE 1]. Defendant National Credit Adjusters, LLC was served on February 14, 2017. [DE 5].  However, there is no evidence in the record that Defendant has yet responded to the Complaint.  On March 22, 2017, Plaintiff obtained a Clerk's Default against Defendant. *See* [DE 9].  On March 29, 2017, Plaintiff filed the instant Motion for Default Judgment against Defendant. [DE 10].  On March 30, 2017, the Court entered an Order to Show Cause, requiring Defendant NATIONAL CREDIT ADJUSTERS, LLC to show cause on or before April 12, 2017, why Plaintiff's Motion for Entry of Final Default Judgment [DE 10] should not be granted.  No response has been timely filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment [DE 10] is **GRANTED**;

2. Pursuant to Fed. R. Civ. P. 58(a), the Court will enter a separate final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

National Credit Adjusters, LLC
1201 Hays Street
Tallahassee, FL 32301-2699