UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60324-WPD

MICHAEL PEREZ,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff Michael Perez's Motion for Entry of Final Default Judgment against the Defendant NATIONAL CREDIT ADJUSTERS, LLC [DE 10], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion for Entry of Final Default Judgment [DE 10] is **GRANTED**;

    2.    The Court **ENTERS** Judgment in favor of Plaintiff Michael Perez, and against Defendant NATIONAL CREDIT ADJUSTERS, LLC, in the amount of $2,000.00, for which let execution issue;

    3.    This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961;

    4.    The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

National Credit Adjusters, LLC
1201 Hays Street
Tallahassee, FL 32301-2699