**THE LAW OFFICES OF JIBRAEL S. HINDI**               **JOINT TIMECARD**

110 SE 6TH STREET, SUITE 1744                                        DATE 05/18/2017
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954-907-1136
E-MAIL: JIBRAEL@JIBRAELLAW.COM

<u>FOR:</u>

| | | |
|---|---|---|
| [JH] – Attorney Jibrael S. Hindi: | **6.1 Hours** | **PEREZ v. NATIONAL CREDIT ADJUSTERS, LLC** |
| [TP] – Attorney Thomas J. Patti: | **8.8 Hours** | Case No.: 0:17-CV-60324 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 01/29/17 | [JH] - CONSULTATION WITH CLIENT & QUESTIONNAIRE DISPATCHED | .6 | $375.00 | $262.50 |
| 01/30/17 | [JH] - RECEIPT OF CLIENT'S RESPONSES TO QUESTIONNAIRE, RECEIPT OF COLLECTION LETTER RECEIVED BY CLIENT, AND CONFIRMATION PROVIDED TO CLIENT. | .1 | $375.00 | $37.50 |
| 01/30/17 | [TP] - REVIEW OF CLIENT'S QUESTIONNAIRE RESPONSES AND PRELIMINARY REVIEW OF COLLECTION LETTER TO DETERMINE WHETHER IT WAS RECEIVED WITHIN THE LAST TWELVE (12) MONTHS. | .4 | $375.00 | $150.00 |
| 01/30/17 | [JH] - COMMUNICATION WITH CLIENT TO ADVISE OF INITIAL FINDINGS AND FOLLOW-UP ON QUESTIONNAIRE RESPONSES. | .5 | $375.00 | $187.50 |
| 02/06/17 | [TP] - FACIAL REVIEW OF COLLECTION LETTER FOR VIOLATIONS AND EXTRACTION OF ALL INFORMATION NECESSARY TO FULLY INVESTIGATE DEFENDANT, THE DEBT, AND THE CURRENT CREDITOR. | .2 | $375.00 | $75.00 |
| 02/06/17 | [TP] - RESEARCH CORPORATE FILINGS TO ENSURE DEFENDANT MAY LAWFULLY CONDUCT COLLECTIONS BUSINESS IN FLORIDA, AS WELL AS WHETHER DEFENDANT POSSESSES AND/OR IS REGISTERED AS A CONSUMER COLLECTION AGENCY IN FLORIDA. | .3 | $375.00 | $112.50 |
| 02/06/17 | [TP] - QUERY FEDERAL AND STATE COURT RECORDS FOR ACTIONS COMMENCED AGAINST DEFENDANT, BOTH RESOLVED AND PENDING, FOCUSING ON SAME AND/OR SIMILAR ACTIONS AND THE OUTCOME OF SUCH. | .8 | $375.00 | $300.00 |
| 02/07/17 | [TP] - REVIEW KEYCITE NOTICES FOR DETERMINATIVE RULINGS. | .3 | $375.00 | $112.50 |
| 02/07/17 | [JH] - COMMUNICATION WITH CLIENT TO ADVISE OF FINDINGS AND EXPLAIN POSSIBLE SCENARIOS AND OUTCOMES. | .4 | $375.00 | $150.00 |
| 02/08/17 | [TP] - DRAFT, PROOF, AND FINALIZE COMPLAINT AND COLLECTION LETTER (EXHIBIT). | 2.3 | $375.00 | $1,050.00 |
| 02/08/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .2 | $375.00 | $75.00 |
| 02/11/17 | [JH] - PREPARE COVERSHEET, SUMMONS, AND REVIEW AND FILE COMPLAINT. | .3 | $375.00 | $112.50 |
| 02/14/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: ISSUANCE OF SUMMONS AND DEADLINE FOR DEFENDANT'S ANSWER. | .1 | $375.00 | $37.50 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 02/15/17 | [JH] - REVIEW OF ORDER REQUIRING COUNSEL TO CONDUCT 26(f) CONFERENCE. | .2 | $375.00 | $75.00 |
| 02/20/17 | [TP] - PREPARATION OF DISCOVERY AND SCHEDULING PLAN FOR PRESENTATION TO OPPOSING COUNSEL UPON APPEARANCE THEREOF. | .4 | $375.00 | $187.50 |
| 02/27/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: PROCEDURE SHOULD DEFENDANT FAIL TO FILE AN ANSWER. | .3 | $375.00 | $112.50 |
| 03/07/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: DEFENDANT'S FAILURE TO FILE ANSWER. | .2 | $375.00 | $75.00 |
| 03/10/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: CONTINUED NON-APPEARANCE OF OPPOSING COUNSEL & DEFENDANT'S CONTINUED FAILURE TO FILE ANSWER. | .1 | $375.00 | $37.50 |
| 03/13/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: ONSET SEEKING DEFAULT | .2 | $375.00 | $75.00 |
| 03/15/17 | [TP] - PRELIMINARY RESEARCH SUPPORTING PLAINTIFF'S FORTHCOMING MOTION FOR DEFAULT AND REVIEW OF RELEVANT LOCAL RULES. | .4 | $375.00 | $150.00 |
| 03/16/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: FORTHCOMING DEFAULT PROCEDURE | .2 | $375.00 | $75.00 |
| 03/21/17 | [JH] - REVIEW OF ORDER TO SHOW CAUSE. | .1 | $375.00 | $37.50 |
| 03/22/17 | [TP] - DRAFT MOTION FOR CLERK'S DEFAULT PURSUANT TO COURT ORDER. | .2 | $375.00 | $75.00 |
| 03/22/17 | [JH] – COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 03/22/17 | [JH] – REVIEW AND FILE MOTION FOR CLERK'S DEFAULT. | .1 | $375.00 | $37.50 |
| 03/22/17 | [JH] - REVIEW OF CLERK'S ENTRY OF DEFAULT. | .1 | $375.00 | $37.50 |
| 03/23/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 03/27/17 | [TP] - RESEARCH AND INITIAL DRAFT MOTION FOR FINAL DEFAULT JUDGMENT. | 1.6 | $375.00 | $862.50 |
| 03/27/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .3 | $375.00 | $112.50 |
| 03/28/17 | [JH] – EDIT/REFINE MOTION FOR FINAL DEFAULT JUDGMENT AND DRAFT PROPOSED ORDERS. | .2 | $375.00 | $75.00 |
| 03/29/17 | [JH] – REVIEW AND FILE MOTION FOR FINAL DEFAULT AND PROPOSED ORDERS. | .2 | $375.00 | $112.50 |
| 03/30/17 | [JH] - REVIEW OF ORDER REQUIRING DEFENDANT TO SHOW CAUSE AS TO WHY MOTION FOR FINAL DEFAULT JUDGMENT SHOULD NOT BE RANTED | .1 | $375.00 | $37.50 |
| 03/30/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 04/13/17 | [JH] - REVIEW OF ORDER GRANTING FINAL DEFAULT JUDGMENT. | .1 | $375.00 | $37.50 |
| 04/13/17 | [JH] - REVIEW OF ENTRY OF FINAL DEFAULT JUDGMENT. | .1 | $375.00 | $37.50 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 04/14/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT – *CLIENT ADVISED HE IS LIKELY TO BE UNAVAILABLE FOR NEXT 10-13 DAYS.* | .2 | $375.00 | $75.00 |
| 04/24/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 04/28/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 05/02/17 | [TP] – COMPILING/COLLECTING NECESSARY DOCUMENTS, AND DRAFT MOTION FOR COSTS. | .5 | $375.00 | $112.50 |
| 05/04/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .1 | $375.00 | $37.50 |
| 05/08/17 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .3 | $375.00 | $112.50 |
| 05/15/17 | [TP] - REFINE AND FINALIZE MOTION FOR COSTS AND MOTION FOR ATTORNEYS' FEES | .2 | $375.00 | $75.00 |
| 05/15/17 | [TP] – DRAFT MOTION FOR ATTORNEYS' FEES, AND SUPPORTING MEMORANDUM. | 1.0 | $375.00 | $487.50 |
| 05/18/17 | [TP] - PREPARE DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES | .1 | $375.00 | $75.00 |
| 05/18/17 | [JH] – PREPARE DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES | .1 | $375.00 | $487.50 |
| 05/18/17 | [JH] – REVIEW AND FILE MOTION FOR MOTION FOR COSTS. | .2 | $375.00 | $487.50 |
| | | **14.9** | **$375.00** | **$5,587.50** |