UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60324-WPD

MICHAEL PEREZ,

    Plaintiff,
v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Bill of Costs [DE 14], Plaintiff's Motion for Attorney's Fees [DE 15], filed herein on May 21, 2017, and the June 8, 2017 Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 17]. The Court notes that no objections to the Report [DE 17] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 17] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 17] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 17] is hereby **ADOPTED** and **APPROVED**;

2.     Plaintiff's Motion for Bill of Costs [DE 14] and Plaintiff's Motion for Attorney's Fees [DE 15] are hereby **GRANTED;**

3.  Plaintiff is hereby awarded attorneys' fees in the amount of $5,587.50 and costs in the amount of $447.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

National Credit Adjusters, LLC
1201 Hays Street
Tallahassee, FL 32301-2699